1   MICHELLE D. SPENCER, CBN 164696
    Law Office of Michelle D. Spencer
2   55 River Street, Suite 100
    Santa Cruz, CA 95060
3   Tel: 831.458.0502
    Fax:831.426.0159
4

5   Attorney for Marcelino Cruz Torres

6

7              **IN THE UNITED STATES DISTRICT COURT**

8

9          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

             **SAN JOSE DIVISION**
10

11

12  UNITED STATES OF AMERICA,          ) Case No. CR10-00826-DLJ
                          Plaintiff,   )
13                                     )
                                       )
14                                     )  **STIPULATION AND**
                                       )  **[PROPOSED] ORDER CONTINUING**
15  V.                                 )  **SENTENCING HEARING**
                                       )
16                                     )
                                       )
17  MARCELINO CRUZ TORRES,             )
                                       )
18                                     )
                          Defendant.   )
19  _____)

20
            Plaintiff United States of America, by and through their counsel Assistant United States
21
    Attorney, Thomas Colthurst, and defendant Marcelino Cruz Torres, by and through his attorney
22
    Michelle D. Spencer, hereby stipulate and agree that, subject to the Court's approval, that the
23
    sentencing hearing currently scheduled for June 21, 2012 should be continued to August 2, 2012 due
24
    to an attorney scheduling conflict.
25

26

1    IT IS SO STIPULATED.

2                                         MELINDA HAAG
                                          United States Attorney
3    Date: June 11, 2012

4                                         _____/S/_____
                                          THOMAS COLTHURST
5                                         Assistant United States Attorney

6    Date: June 11, 2012                  _____/MDS/_____
7                                         MICHELLE D. SPENCER
                                          Attorney for Marcelino Cruz Torres
8

9                            [PROPOSED] ORDER

10       Based upon the foregoing stipulation of the parties, and good cause appearing therefor,

11       IT IS HEREBY ORDERED that the sentencing hearing shall be continued from June 21, 2012

12   to August 2, 2012 at 10:00 a.m.

13

14   Date:_____            _____
15                                     HON. D. LOWELL JENSEN
                                       Senior United States District Judge
16

17

18

19

20

21

22

23

24

25

26

Cruz Torres-[Proposed] Order Continuing Sentencing Hrg - 2 -