1  MICHELLE D. SPENCER, CBN 164696
   Law Office of Michelle D. Spencer
2  55 River Street, Suite 100
   Santa Cruz, CA 95060
3  Tel: 831.458.0502
   Fax: 831.515.5053
4
5  Attorney for Marcelino Cruz Torres

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR10-00826-DLJ |
|---|---|
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION AND |
| | ) [PROPOSED] ORDER CONTINUING |
| | ) SENTENCING HEARING FROM |
| | ) AUGUST 2, 2012 TO AUGUST 23, 2012 |
| MARCELINO CRUZ TORRES, | ) |
| Defendant. | ) |

Plaintiff United States of America, by and through their counsel Assistant United States Attorney, Thomas Colthurst, and defendant Marcelino Cruz Torres, by and through his attorney Michelle D. Spencer, hereby stipulate and agree that, subject to the Court's approval, that the sentencing hearing currently scheduled for August 2, 2012 should be continued to August 23, 2012 in order for defense counsel to adequately prepare for the sentencing hearing.

Cruz Torres-[Proposed] Order Continuing Sentencing Hrg - 1 -

1  IT IS SO STIPULATED.

2                                             MELINDA HAAG
                                              United States Attorney

3  Date: July 17, 2012

4                                             _____/S/_____
                                              THOMAS COLTHURST
5                                             Assistant United States Attorney

6  Date: July 17, 2012                        _____/MDS/_____
                                              MICHELLE D. SPENCER
7                                             Attorney for Marcelino Cruz Torres

8

9                            [PROPOSED] ORDER

10    Based upon the foregoing stipulation of the parties, and good cause appearing therefor,

11    IT IS HEREBY ORDERED that the sentencing hearing shall be continued from August 2,

12  2012 to August 23, 2012 at 10:00 a.m.

13

14  Date:_____                      _____
                                              HON. D. LOWELL JENSEN
15                                            Senior United States District Judge

Cruz Torres-[Proposed] Order Continuing Sentencing Hrg- 2 -