1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
     150 Almaden Boulevard, Suite 900
6    San Jose, California 95113
     Telephone: (408)-535-5065
7    Fax: (408)-535-5066
     E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION


   UNITED STATES OF AMERICA,        )   No. 10-CR-00826-DLJ
                                    )
        Plaintiff,                  )
                                    )   STIPULATION AND [PROPOSED]
        v.                          )   ORDER CONTINUING HEARING DATE
                                    )
   MARCELINO CRUZ TORRES,           )
                                    )
        Defendant.                  )
   _____)


        The defendant MARCELINO CRUZ TORRES, represented by Michelle D. Spencer,

   Esq., and the government, represented by Thomas A. Colthurst, Assistant United States

   Attorney, respectfully request that the sentencing hearing currently scheduled for August 23,

   2012, be continued to September 13, 2012.

        No other defendants are affected by this request.

   ////

   ////

   ////

   STIPULATION AND [PROPOSED] ORDER
   Case No. 10-CR-00826-DLJ

SO STIPULATED:

Dated: August 10, 2012            /S/
                                  Thomas A. Colthurst
                                  Assistant United States Attorney


Dated: August 10, 2012            /S/
                                  Michelle D. Spencer, Esq.
                                  Attorney for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. Marcelino Cruz Torres*, scheduled for August 23, 2012, is continued to September 13, 2012, at 10:00 a.m.

DATED: Ì ɸ€ɸG

THE HONORABLE D. LOWELL JENSEN
United States District Judge