1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
     150 Almaden Boulevard, Suite 900
6    San Jose, California 95113
     Telephone: (408)-535-5065
7    Fax: (408)-535-5066
     E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,           )   No. 10-CR-00826-DLJ
                                        )
15         Plaintiff,                   )
                                        )   STIPULATION AND []
16      v.                              )   ORDER CONTINUING HEARING DATE
                                        )
17  MARCELINO CRUZ TORRES,              )
                                        )
18         Defendant.                   )
                                        )
19

20

21      The defendant MARCELINO CRUZ TORRES, represented by Michelle D. Spencer,

22  Esq., and the government, represented by Thomas A. Colthurst, Assistant United States

23  Attorney, respectfully request that the sentencing hearing currently scheduled for September 13,

24  2012, be continued to October 11, 2012.

25      No other defendants are affected by this request.

26  ////

27  ////

28  ////

STIPULATION AND [] ORDER
Case No. 10-CR-00826-DLJ

SO STIPULATED:

Dated: September 6, 2012        /S/
                                Thomas A. Colthurst
                                Assistant United States Attorney


Dated: September 6, 2012        /S/
                                Michelle D. Spencer, Esq.
                                Attorney for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. Marcelino Cruz Torres*, scheduled for September 13, 2012, is continued to October 11, 2012, at 10:00 a.m.

DATED:  J̶9̶F̶1̶2̶G           _____
                              THE HONORABLE D. LOWELL JENSEN
                              United States District Judge